UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| David Enie, | § | |
|　Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-19-768 |
| | § | |
| William Barr, | § | |
| U.S. Attorney General, et al., | § | |
| 　Respondent. | § | |

## Order of Adoption

On September 10, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (28) recommending that the court deny David Enie's petition for writ of habeas corpus. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed October 14, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge